UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DELFINO FLORES-CORTES,<br>Petitioner,<br>v.<br>BRUCE SCOTT, et al.,<br>Respondents. | Case No. 2:26-cv-03723-TMC<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is DENIED. The parties agree that Petitioner qualifies for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). Dkt. 1 at 1–2; Dkt. 11 at 3. Federal Respondent also notes—and Petitioner does not dispute—that Petitioner is represented by counsel and has faced no impediments to requesting the bond hearing to which he is entitled. Dkt. 11 at 2; *see* Dkt. 1 at 3 ("[C]ounsel is already in the process of requesting an individualized bond hearing with the Immigration Court."). Petitioner has not filed a reply brief or informed the Court as to whether his bond hearing was scheduled or has occurred. In sum, because Petitioner does not face any legal obstacle to requesting and receiving a bond hearing, he has not shown

that his ongoing detention without an individualized custody determination violates either the Immigration & Nationality Act or the Fifth Amendment's due process clause.

Accordingly, the petition for writ of habeas corpus (Dkt. 1) is DENIED.

Dated this 6th day of November, 2026.

Tiffany M. Cartwright
United States District Judge